# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER J. CHERAMIE

NO. 2023 KW 0171

**APRIL 12, 2023**

---

In Re: Christopher J. Cheramie, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 351599.

---

**BEFORE: McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**

PMc
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_____
DEPUTY CLERK OF COURT
FOR THE COURT